In the Matter of the Arbitration between MARY HUNTER, Respondent, and MONTE PROSER et al., Appellants.

Argued December 3, 1948; decided January 13, 1949.

*Milton R. Weir, William Klein* and *Adolph Lund* for appellants.

*Floria V. Lasky* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.